UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAMMY RUSSELL, ROGER RUSSELL, and MARY HALL, | Hon. Chief Judge Paul L. Maloney<br>Case No. 1:10-cv-01224 |
| Plaintiffs, | |
| -vs.- | |
| GOLDMAN ROTH ACQUISITIONS, LLC a foreign limited liability company and WILLIAM KRAMER, jointly and severally, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective counsel, stipulate to the dismissal of this action with prejudice and without fees or costs to any of the parties.

/s/ Gary D. Nitzkin
Gary D. Nitzkin (P41155)
Attorney for Plaintiffs
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, Michigan  48034
(248) 353-2882
gnitzkin@creditor-law.com

/s/ Charity A. Olson
Charity A. Olson (P68295)
Olson Law Group
Attorneys for Kramer (a/k/a Robert Vaiden)
106 E. Liberty, Suite 206
Ann Arbor, MI 48104
(734) 222-5179
colson@olsonlawpc.com

/s/ Brendan H. Little
Brendan H. Little (4548004)
Lippes Mathias Wexler Friedman LLP
Counsel for Goldman Roth Acquisitions, LLC
665 Main Street, Suite 300
Buffalo, NY 14203
(716) 853-5100
blittle@lippes.com

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY RUSSELL and  Hon. Chief Judge Paul L. Maloney
ROGER RUSSELL, and MARY HALL  Case No. 1:10-cv-01224

    Plaintiffs,
-vs.-

GOLDMAN ROTH ACQUISITIONS, LLC
a foreign limited liability company and
WILLIAM KRAMER,
jointly and severally,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the parties' Stipulation of Dismissal and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiffs' claims as to Defendants are dismissed with prejudice and without costs or fees to any of the parties.

**IT IS SO ORDERED.**

_____
Hon. Chief Judge Paul L. Maloney

2